UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| CARMEL-ANN MAISONET<br>f/k/a CARMEL-ANN DOWNEY;<br>           Plaintiff<br><br>v.<br><br>MARK DONUTS, INC.,<br>LEAL MANAGEMENT CORP.,<br>DAVID LEAL,<br>JASON LEAL,<br>MANUEL LEAL,<br>RAMSES DIAZ;<br>           Defendants. | Civil Action No. 2:12-cv-84 |

## STIPULATION FOR DISMISSAL

Plaintiff Carmel-Ann Maisonet, formerly known as Carmel-Ann Downey and Mark Donuts, Inc., Leal Management Corp., David Leal, Jason Leal, Manuel Leal, and Ramses Diaz; through their attorneys as duly authorized, stipulate and agree that any and all claims by Plaintiff against Defendants shall be dismissed with prejudice by Plaintiff, each party to bear their own costs and attorney fees, and no party admitting to liability or wrongdoing.

Dated at Manchester Center, Vermont, this 13th day of July 2012

CARMEL-ANN MAISONET
f/k/a CARMEL-ANN DOWNEY

_/s/ Patrick J. Bernal_
Patrick J. Bernal, Esq.
Witten, Woolmington & Campbell, P.C.
4900 Main Street
P.O. Box 2748
Manchester Center, VT 05255
pjb@wittenal.com

*Attorney for Plaintiff*

8770-1/#432890

Dated at Rutland, Vermont this ____ day of July 2012.

MARK DONUTS, INC.,
LEAL MANAGEMENT CORP.,
DAVID LEAL,
JASON LEAL,
MANUEL LEAL,
RAMSES DIAZ

_/s/ Andrew H. Maass_
Andrew H. Maass, Esquire
Ryan Smith & Carbine, LTD.
P.O. Box 310
Rutland, Vermont 05702-0310
(802) 786-1000
ahm@rsclaw.com

*Attorney for Defendants*